# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Belina Harman<br>U.S. Citizen<br>DOB: xx/xx/1984 | MAGISTRATE'S CASE NO.<br>20-07204MB |

Complaint for violation of Title 18, United States Code §§ 111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 8, 2020, at or near Amado in the District of Arizona, Defendant Belina Harman did intentionally and forcibly assault United States Border Patrol agent A.G., an agent of the United States while agent A.G. was engaged in, or on account of the performance of his duties, by intentionally spitting on agent A.G., thereby making physical contact with agent A.G. All in violation of Title 18, United States Code, Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 8, 2020, a vehicle driven by Belina Harman was referred to secondary due to a canine "hit" on the vehicle. The defendant exited the vehicle and began to curse at agents. Once the defendant and her two passengers were in the secondary waiting area she continued to curse at the agents. Agent A.G. asked her to calm down and informed her that if she continued to interfere with the investigation he would have to handcuff her and escort her to another location. She continued to verbally and physically attempt to intervene when one of her passengers refused to cooperate with agents. She was placed in handcuffs by agent A.G. and searched for weapons. She was placed in a Border Patrol vehicle at which time she spit twice on agent A.G., hitting him in his face.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA Jesse Figueroa /Jesse Figueroa/

SIGNATURE OF COMPLAINANT

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

OFFICIAL TITLE & NAME:
SA John O'Connor – CBP

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
March 9, 2020

[1] See Federal rules of Criminal Procedure Rules 3 and 54